# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA EJIMAKOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1772 |
| | § | |
| MICHAEL CHERTOFF, Secretary, U.S. | § | |
| Department of Homeland Security, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND OPINION

The plaintiff, Virginia Ejimakor, filed this civil action on May 30, 2007, seeking to compel the defendant, the Secretary of the Department of Homeland Security, to adjudicate her pending application for lawful permanent residence and to stay her deportation until the application had been adjudicated. The defendant adjudicated the application on June 7, 2007, denying it. The defendant moved in this court to dismiss the civil action as moot. (Docket Entry No. 3). On June 19, 2007, Ejimakor filed a motion with the United States Citizenship and Immigration Services seeking reconsideration of the denial of the application for lawful permanent residence. On the same date, Ejimakor responded to the motion to dismiss and asked for a stay of deportation until the motion to reconsider was decided.

The CIS denied the motion for reconsideration on July 26, 2007. Because the application for adjudication of the lawful permanent residence has been adjudicated and the motion for reconsideration denied, there is no further relief sought in this court. The

defendant has moved to dismiss the case and has stated that it intends to deport Ejimakor on August 14, 2007.

Because the relief sought in this case is moot, dismissal is appropriate. An order of dismissal is separately entered.

SIGNED on August 13, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge